| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Chief, Criminal Division |
| 4 | CASEY O'NEILL (NYBN 4715363)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, CA 95113 |
| 7 | Telephone: (408) 535-5080<br>Fax: (408) 535-5066<br>E-Mail: Casey.O'Neill@usdoj.gov |
| 8 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 13-CR-00782 LHK |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS DATE & EXCLUDING TIME |
| PATRICK YOUNG, | |
| Defendant. | |

The government and defendant Patrick Young, through their respective counsel, hereby stipulate and request that the status hearing currently set for Wednesday, April 9, 2014, at 9:30 a.m., be continued to Wednesday, May 21, 2014, at 9:30 a.m., before The Honorable Lucy H. Koh, United States District Judge. The reasons for the requested continuance are that the undersigned government counsel is unavailable on April 9 and would prefer to appear on this matter personally, rather than seek coverage from a colleague, and that the parties need additional time to review discovery materials.

The parties also stipulate and request that the Court exclude time from April 9, 2014 through and including May 21, 2014, as the reasonable time necessary for effective preparation of counsel, given the

STIPULATION CONTINUING STATUS DATE & EXCLUDING TIME
CR 13-CR-00782 LHK                               1

ongoing review of discovery materials, such that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: April 7, 2014                                    MELINDA HAAG
                                                        United States Attorney

                                                        _____/s/_____
                                                        CASEY O'NEILL
                                                        Special Assistant United States Attorney

                                                        _____/s/_____
Dated: April 7, 2014                                    CYNTHIA LIE
                                                        Counsel for defendant Patrick Young

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties,

IT IS HEREBY ORDERED that the status hearing currently set for Wednesday April 9, 2014, at 9:30 a.m., shall be continued to Wednesday, May 21, 2014, at 9:30 a.m.

It is further ordered that time from April 9, 2014 through and including May 21, 2014, shall be excluded from the computation of the time within which trial shall commence, as the reasonable time necessary for effective preparation of counsel, such that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(4).   `Continuity of counsel also forms basis for Speedy Trial exclusion finding.`

Date: 4/8/14                                    _Lucy H. Koh_____
                                                HON. LUCY H. KOH
                                                United States District Judge

STIPULATION CONTINUING STATUS DATE & EXCLUDING TIME
CR 13-CR-00782 LHK                              2